UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61468-CIV-DIMITROULEAS/SNOW

SPECIALIZED BICYCLE COMPONENTS, INC,

        Plaintiff,

vs.

YUF-35, *et al.*,

        Defendants.

                                     /

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Final Default Judgment Against Defendants (the "Motion") [DE 32], filed herein on October 3, 2019. The Court granted the Motion in an Order entered separately today.  Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that Final Default Judgment is hereby entered in favor of Plaintiff, Specialized Bicycle Components, Inc. ("Plaintiff"), and against Defendants, the Individuals, Partnerships and Unincorporated Associations identified on Schedule "A" hereto ("Defendants") as follows:

(1)     Permanent Injunctive Relief:

Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

        a.     manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing Plaintiff's trademarks, or any confusingly similar trademarks identified in Paragraph 14 of the Amended Complaint (the "Specialized Marks");

b. using the Specialized Marks in connection with the sale of any unauthorized goods;

c. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

d. falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiff;

f. using any reproduction, counterfeit, copy, or colorable imitation of the Specialized Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

g. affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiff or in any way endorsed by Plaintiff;

h. otherwise unfairly competing with Plaintiff;

i. using the Specialized Marks, or any confusingly similar trademarks, within on e-commerce marketplace sites, domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which is visible to a computer user or serves to direct computer searches to e-commerce stores, websites, and/or Internet businesses registered by, owned, or operated by Defendants; and

j. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2) Additional Equitable Relief:

a. In order to give practical effect to the Permanent Injunction, upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the e-commerce stores operating under the seller identification names identified on Schedule "A" hereto (the "Seller IDs"), shall permanently remove any and all listings and associated images of goods bearing counterfeits and/or infringements of the Specialized Marks via the e-

commerce stores operating under the Seller IDs, and any other listings and images of goods bearing counterfeits and/or infringements of the Specialized Marks associated with the same sellers or linked to any other alias seller identification names being used and/or controlled by Defendants to promote, offer for sale and/or sell goods bearing counterfeits and/or infringements of the Specialized Marks.

(3)     Statutory damages in favor of Plaintiff pursuant to 15 U.S.C. § 1117(c):

a.     Award Plaintiff damages of $1,000,000.00 against each Defendant, for which let execution issue;

(4)     The financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms receiving notice of this Order, including but not limited to, Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd. and Alipay.com Co., Ltd. (collectively, "Alipay"), Worldpay US, Inc. ("Worldpay"), PayPal, Inc. ("PayPal"), and ContextLogic Inc. ("ContextLogic"), which operates the Wish.com platform, and their related companies and affiliates shall, within 5 business days, transfer to the Plaintiff all funds in the Defendants' financial accounts and/or sub-accounts including those associated with the Internet based e-commerce stores operating under the Seller IDs identified on Schedule "A" hereto, including but not limited to all funds currently restrained pursuant to the temporary restraining order and preliminary injunction in this action, in partial satisfaction of the monetary judgment entered herein against each Defendant. The financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms receiving notice of this Order, including but not limited to AliExpress, Ant Financial Services, Alipay, Worldpay, PayPal, and ContextLogic, and their related companies and affiliates,

3

shall provide to the Plaintiff at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) total funds released per Defendant to the Plaintiff.

(5)     Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(6)     The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk.

(7)     The Court retains jurisdiction to enforce this Judgment and permanent injunction.

(8)     Plaintiff is ordered to serve a copy of this Order upon Defendants (a) via e-mail by providing the address to Plaintiff's designated serving notice website to Defendants via the e-mail accounts provided by that Defendant as part of the data related to its e-commerce store, including customer service e-mail addresses and onsite contact forms, or via the e-commerce platform e-mail for each of the e-commerce stores; and (b) by posting a true and accurate copy of the foregoing on the serving notice website appearing at the URL http://servingnotice.com/Ip9j2v/index.html.

(9)     The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 21st day of October, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record

4

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER, SELLER ID, SELLER / STORE NUMBER, STORE URL,**
**ASSOCIATED PAYMENT ACCOUNT AND ADDITIONAL E-MAIL ADDRESSES**

| Defendant Number | Seller ID | Store Number | PayPal Account | Additional E-mail Address |
|---|---|---|---|---|
| 1 | yuf-35 | | 1031594157@qq.com | |
| 1 | yuf817 | | 1031594157@qq.com | |
| 1 | 9.63832 | | 1031594157@qq.com | |
| 2 | deska1mm | | deskamilanova@abv.bg | |
| 3 | fmhl1938 | | 739961728@qq.com | |
| 4 | freeworld008 | | qingmen88991@163.com | |
| 5 | ljxfc888 | | shixinceoo00@163.com | |
| 6 | mysupermarket_2018 | | samirdimaraja@gmail.com | |
| 7 | vacove | | 18272899994@163.com | |
| 8 | yongyuanyong6 | | yanyanggaozh@163.com | |
| 9 | BikeGPS Store | 2990024 | 1435822296@qq.com | |
| 9 | ChangYe Riding Store | 3520017 | 1435822296@qq.com | |
| 10 | Cyclingearth Store | 4674051 | cycearth001@foxmail.com | |
| 10 | Shop4880110 Store | 4880110 | cycearth001@foxmail.com | |
| 11 | FSAEASTON carbon bike parts store | 1803017 | 644695680@qq.com | |
| 12 | hugoo cycling Store | 4379107 | 522480791@qq.com | |
| 13 | JM Cycling Accessories Commerce Store | 3106056 | m15267045782@163.com | |
| 13 | Shop4505005 Store | 4505005 | m15267045782@163.com | |
| 14 | NewPowerer Co., LTD. Store | 2794013 | 18989400138@163.com | |
| 15 | Vendull Cycling Store | 4805159 | 13411210562@163.com | |
| 16 | 2 year warranty Store | 4681092 | | aaron@haleylan.com |
| 17 | Alisa's bicycles Store | 2998067 | | |
| 18 | Antidazzle good nwe Store | 4433052 | | |
| 19 | Brave Knight Store | 4489026 | | |
| 20 | cheap carbon factory Store | 4431120 | | alice@haleylan.com |
| 21 | CN Outdoor cycling store | 4915024 | | |
| 22 | Kavard store | 2673068 | | |
| 23 | Lampre store | 5002020 | | |
| 24 | Leading Men's Store | 3670091 | | |
| 25 | LIZIXUAN Store | 4633002 | | |
| 26 | LU Fei GO Store | 2662141 | | |
| 27 | Mr.1991INC&Miss.GO NO.001 Store | 3091104 | | |

5

| 28 | Ottimo Carbon Bike Store | 1748593 | | 63327568@qq.com |
|----|--------------------------|---------|--|-----------------|
| 29 | Personalized printing Store | 4092001 | | |
| 30 | Produce Store | 4561044 | | |
| 31 | rickrick store | 4802026 | | |
| 32 | RUTVEING CYCLING Store | 3371020 | | |
| 33 | shady Store | 4641030 | | |
| 34 | Shop4381072 Store | 4381072 | | |
| 35 | Shop4576038 Store | 4576038 | | |
| 36 | Shop4746017 Store | 4746017 | | |
| 37 | Shop4982064 Store | 4982064 | | |
| 38 | superlight carbon bike Store | 3087049 | | haley@haleylan.com |
| 39 | treking Cyling jersey Store | 4670034 | | |
| 40 | Yongcel store | 4418179 | | |
| 41 | zhejiang Store | 4828023 | | |
| 42 | Abuboo | 5b4ea253b847722312f321b2 | PayPal * Wish | |
| 43 | Tom brother's Cabin | 56780d0958b3c926ca02b26a | PayPal * Wish | |

6